| | |
|---|---|
| 1 | Scott B. Cooper (State Bar No. 174520) |
| | **THE COOPER LAW FIRM, P.C.** |
| 2 | 2030 Main Street, Suite 1300 |
| | Irvine, California 92614 |
| 3 | Telephone:  (949) 724-9200 |
| | Facsimile:    (949) 724-9255 |
| 4 | scott@cooper-firm.com |

Roger R. Carter (State Bar No. 140196)
**THE CARTER LAW FIRM**
2030 Main Street, Suite 1300
Irvine, California 92614
Telephone:  (949) 260-4737
Facsimile:    (949) 260-4754
roger@carterlawfirm.net

Marc H. Phelps (State Bar No. 237036)
**THE PHELPS LAW GROUP**
2030 Main Street, Suite 1300
Irvine, CA 92614
Telephone:  (949) 260-4735
Facsimile:    (949) 260-4754
marchannanphelps@gmail.com

Attorneys for Plaintiff

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY MAYO, individually and on behalf of all others similarly situated and on behalf of the general public, | Case No. EDCV11-1689 VAP (SHx) |
| Plaintiff, | **ORDER ON JOINT STIPULATION OF DISMISSAL** |
| v. | |
| KMART CORPORATION, and DOES 1 through 10, inclusive, | |
| Defendants. | |

**[PROPOSED] ORDER ON JOINT STIPULATION OF DISMISSAL**

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

Plaintiff Gregory Mayo ("Plaintiff") and Defendant Kmart Corporation have entered into a Joint Stipulation of Dismissal. After considering the Stipulation of the parties, the facts upon which the Stipulation is based, and good cause appearing, it is hereby ORDERED:

1. Plaintiff's class claims alleged against Defendant Kmart Corporation are dismissed without prejudice.
2. Plaintiff's individual claims alleged against Defendant Kmart Corporation are dismissed with prejudice.
3. Each party shall bear her/its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: January 30, 2013

*Virginia A. Phillips*

United States District Court Judge